# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Petitioner, | § § § | |
| v. | § § | MISC. ACTION NO. 4:09-MC-4 |
| RONNY JONES, | § § § | |
| Respondent. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 1, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Respondent be required to fully comply with the summons issued to him and appear at the offices of the Internal Revenue Service as directed.

There being no objections by Respondent, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

Respondent Ronny Jones is ORDERED and DIRECTED to fully comply with the summonses issued so that the IRS can complete a Collections Information Statement and prepare a Form 941 for the quarter ended December 31, 2007 and a Form 940 for the year ended December 31, 2007. Respondent is further DIRECTED to appear on *April 28, 2009 at 10 a.m. at the offices*

1

*of the Internal Revenue Service, 5450 Stratum Road, Suite 150, Fort Worth, Texas 76137*, to meet with IRS Revenue Officer Monique Coleman or her designated agent, to comply with the summons, and to produce the records and testimony described in the summons.

Further, the United States Marshal is directed to make service of this order on Respondent.

**IT IS SO ORDERED.**

**SIGNED this 27th day of April, 2009.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE