UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | MISC. ACTION NO. 4:09-MC-4 |
| | § | J. SCHNEIDER/J. MAZZANT |
| RONNY JONES, | § | |
| | § | |
| Respondent. | § | |

**AMENDED MEMORANDUM ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. 636. On April 1, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Respondent Ronny Jones be required to fully comply with the Internal Revenue Service summons issued to him and appear at the offices of the IRS as directed.

There being no objections by Respondent, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

Respondent Ronny Jones is ORDERED and DIRECTED to fully comply with the summons issued to him so that the IRS can complete a Collection Information Statement and prepare a Form 941 for the calendar quarter ended December 31, 2007 and a Form 940 for the calendar year ended December 31, 2007. Respondent is further DIRECTED to appear on *June 9, 2009 at 10:00 a.m. at the offices of the Internal Revenue Service, 5450 Stratum Road, Suite 150, Fort Worth, Texas 76137*, to meet with IRS Revenue Officer Monique Coleman or her designated agent, to comply

with the summons, and to produce the records and testimony described in the summons.

Further, the United States Marshal is directed to make service of this order on Respondent.

**SIGNED this 27th day of May, 2009.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE